UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COMBINED PUBLIC COMMUNICATIONS, LLC | ) ) ) | |
| **Plaintiff,** | ) ) | Case No.  1:20-cv-245-TWP-MJD |
| -v- | ) ) | |
| STELLAR SERVICES, LLC | ) ) | |
| **Defendant.** | ) ) | |

## ORDER ON JOINT MOTION TO DISMISS

This matter came to be heard upon the Parties' Joint Motion to Dismiss.  The Court finds the Joint Motion well-taken and the same is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that this matter, and all claims and counterclaims asserted herein, are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).  The Court shall retain jurisdiction to enforce any aspect of the parties' settlement that may be necessary.

**SO ORDERED**.

Date: 12/8/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

10440510.1